FILED ENTERED
LODGED RECEIVED

JUL 2 2 2025  MH

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

# Exhibit A

The Honorable John H. Chun

FILED ____ ENTERED
LODGED ____ RECEIVED

JUL 22 2025

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

IN RE SUBPOENA DUCES TECUM NO. 25-1431-016

Case No.: 2:25-MC-00041-JHC

FILED UNDER SEAL

DECLARATION OF LISA HSIAO, ACTING DIRECTOR, CONSUMER PROTECTION BRANCH

I, Lisa Hsiao, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Acting Director of the Consumer Protection Branch within the United States Department of Justice.

2. The Consumer Protection Branch ("CPB") handles criminal and civil litigation and related matters arising under federal statutes that protect consumers' health, safety, economic security, and identity integrity. The Branch is responsible for criminal and civil actions under statutes administered by the Food and Drug Administration. The Consumer Protection Branch (CPB) is authorized to oversee and conduct all civil and criminal matters arising under the Federal Food, Drug, and Cosmetic Act (FDCA), 21 U.S.C. § 301, et seq. See 28 C.F.R. § 0.45(j) and Justice Manual 4-8.000.

DECLARATION OF LISA HSIAO – p. 1
2:25-MC-00041-JHC
**FILED UNDER SEAL**

United States Department of Justice
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044
(202) 353-4218

3. Through Presidentially-appointed, Senate-confirmed officers of the Department of Justice, the Consumer Protection Branch is authorized to undertake appropriate investigations of any violations of the Food, Drug, and Cosmetic Act (FDCA) relating to the on- or off-label use by manufacturers and distributors of drugs, including puberty blockers, sex hormones, or any other drug used to facilitate a child's so-called "gender transition." *See* AG Bondi Memo dated April 22, 2025.

4. The Attorney General may authorize other officers of the Department of Justice to perform certain functions of the Attorney General. See 28 U.S.C. § 510. In any investigation of a federal health care offense, the Attorney General may issue in writing a cause to be served a subpoena requiring the production and testimony described in 18 U.S.C. § 3486(a)(1)(B). See 18 U.S.C.§ 3486(a)(1)(A).

5. Pursuant to Attorney General Order Number 3591-2015, dated November 10, 2015, the Attorney General authorized the Assistant Attorney General for the Civil Division to issue and serve administrative subpoenas pursuant to 18 U.S.C. §§ 3486(a)(1)(A) and (a)(1)(B) to investigate violations of the FDCA that relate to a health care benefit program.

6. The subpoena to Seattle Children's Hospital, No. 25-1431-016 was lawfully issued and authorized by Brett A. Shumate, Assistant Attorney General for the Civil Division in connection with a valid investigation being conducted in my office.

Dated this 22nd day of July, 2025.

Lisa Hsiao, Acting Director
Consumer Protection Branch
United States Department of Justice

DECLARATION OF LISA HSIAO – p. 2
2:25-MC-00041-JHC
**FILED UNDER SEAL**

United States Department of Justice
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044
(202) 353-4218