UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| IN RE SUBPOENA DUCES TECUM NO. 25-1431-016 | CASE NO. 2:25-mc-00041-JHC *SEALED* |
|  | ORDER GRANTING MOTION FOR PARTIAL UNSEALING |

Having considered Defendant's unopposed motion for partial unsealing and the supporting exhibits attached thereto, Dkt. # 27, the Court GRANTS Defendant's motion. The Government is hereby permitted to share the Court's opinion in this matter in camera with Judge Mark A. Kearney of the Eastern District of Pennsylvania. The Government is also permitted to share this Court's opinion on an attorney's-eyes-only basis with the subpoena recipient in the other case. All other aspects of the seal in this matter remain in effect.

Dated this 24th day of September, 2025.

John H. Chun
John H. Chun
United States District Judge