The Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE: SUBPOENA DUCES TECUM NO. 25-1431-016 | Case No.: 2:25-MC-00041-JHC<br><br>FILED UNDER SEAL<br><br>[PROPOSED] ORDER GRANTING MOTION TO ALTER OR AMEND THE JUDGMENT |

Having considered the Government's Motion to Alter or Amend the Judgment and the supporting declaration attached thereto, the briefing of the parties, and the record in this case, and for good cause shown, the Court GRANTS the Government's motion.

IT IS FURTHER ORDERED that the Court's prior Judgment entered on September 3, 2005 (ECF No. 25) is VACATED.

IT IS FURTHER ORDERED that the Clerk is directed to reopen the case pending further order of the Court.

ORDER GRANTING MOTION TO ALTER
OR AMEND THE JUDGMENT – p. 1
2:25-MC-00041-JHC
FILED UNDER SEAL

United States Department of Justice
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044
(202) 353-4218

Dated: October ___, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Patrick R. Runkle*
ROSS S. GOLDSTEIN
PATRICK R. RUNKLE (PA #207360)
Assistant Directors
SCOTT DAHLQUIST
Trial Attorney

U.S. Department of Justice
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044
Tel: (202) 353-4218
patrick.r.runkle@usdoj.gov

ORDER GRANTING MOTION TO ALTER
OR AMEND THE JUDGMENT – p. 2
2:25-MC-00041-JHC
**FILED UNDER SEAL**

United States Department of Justice
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044
(202) 353-4218