The Honorable John H. Chun

FILED ____ ENTERED
LODGED ____ RECEIVED

NOV 26 2025

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE SUBPOENA DUCES TECUM NO. 25-1431-016 | Case No. 2:25-MC-00041-JHC *SEALED* <br><br> SEATTLE CHILDREN'S HOSPITAL'S NOTICE OF SUPPLEMENTAL AUTHORITY <br><br> FILED UNDER SEAL |

NOTICE SUPPLEMENTAL AUTHORITY
CASE NO. 2:25-MC-00041-JHC *SEALED*

CORR CRONIN LLP
1015 Second Avenue, Fl. 10
Seattle, WA 98104-1001
Telephone: (206) 625-8600

## NOTICE OF SUPPLEMENTAL AUTHORITY

Movant Seattle Children's Hospital respectfully submits as supplemental authority an opinion and order recently issued by the U.S. District Court for the Eastern District of Pennsylvania in *In re Subpoena No. 25-1431-014*, No. 2:25-mc-00039-MAK (E.D. Pa. Nov. 21, 2025), Dkt. # 43 (**Ex. 1**), Dkt. # 44 (**Ex. 2**). The opinion and order address certain requests in a subpoena virtually identical to the one in this case, issued by the U.S. Department of Justice ("DOJ") under 18 U.S.C. § 3486 to The Children's Hospital of Philadelphia (**Ex. 3**). The hospital moved to limit the subpoena to set aside Requests 11-13, which sought confidential patient information. Ex. 3 at 6. Those requests are identical to Requests 11-13 in the subpoena to Seattle Children's Hospital. Ex. 1 to July 8, 2025 Declaration of Christopher N. Manning, Esq. The district court concluded that DOJ lacked statutory authority for Requests 11-13, Ex. 1 at 14-28, and that, even if DOJ had authority, the patients' and their families' privacy interests outweighed DOJ's need for the subpoenaed information, Ex. 1 at 28-51. The Children's Hospital of Philadelphia's motion and the district court's order did not address the other requests in the subpoena.

RESPECTFULLY SUBMITTED this 26th day of November 2025.

By: /s/ Jeffrey Coopersmith
Jeffrey Coopersmith
Steven Fogg
**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel.: (206) 625-8600
Fax: (206) 625-0900
jcoopersmith@corrcronin.com
sfogg@corrcronin.com

David M. Zinn*
Christopher N. Manning*
Jennifer G. Wicht*
Amy M. Saharia*
Patrick C. Hynds*
Dana B. Kinel*

NOTICE SUPPLEMENTAL AUTHORITY    1
CASE NO. 2:25-MC-00041-JHC *SEALED*

CORR CRONIN LLP
1015 Second Avenue, Fl. 10
Seattle, WA 98104-1001
Telephone: (206) 625-8600

| | |
|---|---|
| 1 | |
| 2 | **WILLIAMS & CONNOLLY LLP**<br>680 Maine Avenue, S.W.<br>Washington, D.C. 20024<br>Tel.: (202) 434-5000<br>Fax: (202) 434-5029<br>dzinn@wc.com<br>cmanning@wc.com<br>jwicht@wc.com<br>asaharia@wc.com<br>phynds@wc.com<br>dkinel@wc.com<br><br>*admitted pro hac vice*<br><br>*Attorneys for Movant Seattle Children's Hospital* |

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(d) and Local Civil Rule 5, I hereby certify that on this 26th day of November 2025, the foregoing and the exhibits referenced therein were served via electronic mail on the following individuals, who have consented to electronic service:

**Jordan C. Campbell**
**Patrick R. Runkle**
**Ross Goldstein**
**Francisco Unger**
**Scott Dahlquist**
Consumer Protection Branch
United States Department of Justice
Civil Division
950 Pennsylvania Ave. NW
Washington, DC 20530
Jordan.C.Campbell@usdoj.gov
Patrick.R.Runkle@usdoj.gov
Ross.Goldstein@usdoj.gov
Francisco.L.Unger@usdoj.gov
Scott.B.Dahlquist@usdoj.gov

Dated: November 26, 2025

Jeffrey Coopersmith

NOTICE SUPPLEMENTAL AUTHORITY
CASE NO. 2:25-MC-00041-JHC *SEALED*

CORR CRONIN LLP
1015 Second Avenue, Fl. 10
Seattle, WA 98104-1001
Telephone: (206) 625-8600