The Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE SUBPOENA DUCES TECUM NO. 25-1431-016 | Case No. 2:25-mc-00041-JHC *SEALED*<br><br>ORDER GRANTING SEATTLE CHILDREN'S HOSPITAL'S MOTION TO UNSEAL DOCKET<br><br>FILED UNDER SEAL |

This matter comes before the Court on Seattle Children's Hospital's Motion to Unseal Docket. Having considered the records and files herein, and having determined that the requested relief is warranted, the Court, now, therefore,

ORDERS that Seattle Children's Motion to Unseal Docket is GRANTED;

FURTHER ORDERS that the Clerk unseal the docket in this action.

IT IS SO ORDERED

Dated this 11th day of December, 2025

*John H. Chun*
John H. Chun
United States District Judge