The Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE SUBPOENA DUCES TECUM NO. 25-1431-016 | Case No. 2:25-MC-00041-JHC<br><br>SEATTLE CHILDREN'S HOSPITAL'S NOTICE OF SUPPLEMENTAL AUTHORITY |

NOTICE SUPPLEMENTAL AUTHORITY
CASE NO. 2:25-MC-00041-JHC

**CORR CRONIN LLP**
1015 Second Avenue, Fl. 10
Seattle, WA 98104-1001
Telephone: (206) 625-8600

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Movant Seattle Children's Hospital respectfully submits as supplemental authority (1) an order recently issued by the U.S. District Court for the Western District of Pennsylvania in *In re 2025 UPMC Subpoena*, No. 25-mc-1069 (W.D. Pa. Dec. 24, 2025), Dkt. # 52 (**Ex. 1**) ("UPMC Order"); and (2) a report and recommendation recently issued by a magistrate judge of the U.S. District Court for the District of Colorado in *In re Department of Justice Administrative Subpoena No. 25-1431-030*, No. 25-mc-63 (D. Colo. Jan. 5, 2026), Dkt. # 35 (**Ex. 2**) ("Colorado R&R").

The UPMC Order addresses requests for confidential patient information in a subpoena that appears to be virtually identical to the one in this case, issued by the U.S. Department of Justice ("DOJ") under 18 U.S.C. § 3486 to the University of Pittsburgh Medical Center ("UPMC").[1] UPMC patients and former patients moved to set aside three requests that appear to be identical to Requests 11-13 in the subpoena to Seattle Children's. *See* Ex. 1 to Dkt. # 2-1; *supra* n.1. The district court, after incorporating by reference the opinion and order from the U.S. District Court for the Eastern District of Pennsylvania that Seattle Children's submitted as supplemental authority on November 26, 2025, *see* Dkt. # 36, concluded that DOJ lacked authority to issue those three requests, **Ex. 1** at 2-6. The patients' motion and the district court's order did not address the other requests in the subpoena.

The Colorado R&R recommended that the district court quash in full the subpoena DOJ issued to the Children's Hospital Colorado under Section 3486 (**Ex. 3**). That subpoena is virtually identical to the one in this case. The magistrate judge concluded, as other judges across the country have, that "the government's aim [with the subpoena] is not actually to investigate FDCA violations, but to use the FDCA as a smokescreen for its true objective of pressuring pediatric hospitals into ending gender-affirming care [via] vague, suspicionless 'investigations.'" **Ex. 2** at 15.

---

[1] Per the court's order, the UPMC subpoena is virtually identical to the subpoena served on The Children's Hospital of Philadelphia, **Ex. 1** at 6, which is virtually identical to the one in this case, *see* Dkt # 36.

RESPECTFULLY SUBMITTED this 6th day of January 2026.

<u>s/Jeffrey Coopersmith</u><br>
Jeffrey Coopersmith, WSBA No. 30954<br>
Steven Fogg, WSBA No. 23528<br>
**CORR CRONIN LLP**<br>
1015 Second Avenue, Floor 10<br>
Seattle, Washington 98104<br>
Tel.: (206) 625-8600<br>
Fax: (206) 625-0900<br>
jcoopersmith@corrcronin.com<br>
sfogg@corrcronin.com<br>
<br>
David M. Zinn*<br>
Christopher N. Manning*<br>
Jennifer G. Wicht*<br>
Amy M. Saharia*<br>
Patrick C. Hynds*<br>
Dana B. Kinel*<br>
**WILLIAMS & CONNOLLY LLP**<br>
680 Maine Avenue, S.W.<br>
Washington, D.C. 20024<br>
Tel.: (202) 434-5000<br>
Fax: (202) 434-5029<br>
dzinn@wc.com<br>
cmanning@wc.com<br>
jwicht@wc.com<br>
asaharia@wc.com<br>
phynds@wc.com<br>
dkinel@wc.com<br>
<br>
*admitted pro hac vice<br>
<br>
*Attorneys for Movant Seattle Children's Hospital*