The Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE SUBPOENA DUCES TECUM NO. 25-1431-016 | Case No. 2:25-MC-00041-JHC<br><br>SEATTLE CHILDREN'S HOSPITAL'S NOTICE OF SUPPLEMENTAL AUTHORITY |

NOTICE SUPPLEMENTAL AUTHORITY
CASE NO. 2:25-MC-00041-JHC

**CORR CRONIN LLP**
1015 Second Avenue, Fl. 10
Seattle, WA 98104-1001
Telephone: (206) 625-8600

# NOTICE OF SUPPLEMENTAL AUTHORITY

Seattle Children's Hospital respectfully submits as supplemental authority an order in *In re: 2025 UPMC Subpoena*, No. 25-mc-1069, 2026 WL 570419 (W. D. Pa. Mar. 2, 2026) (**Ex. 1**). Seattle Children's previously notified this Court of an earlier order in this case, wherein the district court quashed requests for confidential patient information in a subpoena virtually identical to the one in Seattle Children's case. *See* Dkt. # 39-1. Following that order, the court accepted supplemental briefing regarding whether to allow "potential anonymized production" of records. Ex. 1 at 1.

The district court rejected the government's proposed anonymization approach and reaffirmed the terms of its order quashing the subpoena requests for confidential patient information. Ex. 1 at 2–3. The court concluded that (1) "true and effective anonymization cannot be achieved," and (2) DOJ's assurances that it could be "trust[ed]" with such "sensitive and confidential information" were "cold comfort." *Id.* at 2. The district court further reiterated its previous conclusions that the subpoena exceeds DOJ's statutory authority, "usurp[s] the States' regulation of the medical profession," and carries "more than a 'whiff' of ill-intent." *Id.* at 3.

RESPECTFULLY SUBMITTED this 9th day of March 2026.

By: */s/ Jeffrey Coopersmith*
Jeffrey Coopersmith
Steven Fogg
**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel.: (206) 625-8600
Fax: (206) 625-0900
jcoopersmith@corrcronin.com
sfogg@corrcronin.com

David M. Zinn*
Christopher N. Manning*
Jennifer G. Wicht*
Amy M. Saharia*

NOTICE SUPPLEMENTAL AUTHORITY
CASE NO. 2:25-MC-00041-JHC

CORR CRONIN LLP
1015 Second Avenue, Fl. 10
Seattle, WA 98104-1001
Telephone: (206) 625-8600

Patrick C. Hynds*
Dana B. Kinel*
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, S.W.
Washington, D.C. 20024
Tel.: (202) 434-5000
Fax: (202) 434-5029
dzinn@wc.com
cmanning@wc.com
jwicht@wc.com
asaharia@wc.com
phynds@wc.com
dkinel@wc.com

*admitted pro hac vice*

*Attorneys for Movant Seattle Children's Hospital*

NOTICE SUPPLEMENTAL AUTHORITY
CASE NO. 2:25-MC-00041-JHC

2

**CORR CRONIN LLP**
1015 Second Avenue, Fl. 10
Seattle, WA 98104-1001
Telephone: (206) 625-8600