**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

SEATTLE CHILDREN'S HOSPITAL,

*Movant,*

*v.*

U.S. DEPARTMENT OF JUSTICE,

*Respondent.*

Case No.: 2:25-MC-00041-JHC

UNITED STATES' NOTICE OF APPEAL

PLEASE TAKE NOTICE that the United States hereby appeals to the United States Court of Appeals for the Ninth Circuit from the district court's order granting the motion to seal and motion to quash, Dkt. No. 25, as well as the orders entered at Dkt. Nos. 38 and 42.

RESPECTFULLY SUBMITTED, this 19th day of June, 2026.

BRETT A. SHUMATE
Assistant Attorney General

JORDAN C. CAMPBELL
Deputy Assistant Attorney General

LISA K. HSIAO
Acting Director
Enforcement & Affirmative Litigation Branch

NOTICE OF APPEAL – p. 1
2:25-MC-00041-JHC

United States Department of Justice
Enforcement & Affirmative Litigation
Branch
P.O. Box 386
Washington, DC 20044

/s/ Patrick R. Runkle_____
PATRICK R. RUNKLE
ROSS S. GOLDSTEIN
Assistant Directors
SCOTT DAHLQUIST
Trial Attorney

U.S. Department of Justice
Enforcement & Affirmative Litigation Branch
P.O. Box 386
Washington, DC 20044
Tel: (202) 532-4723
Patrick.r.runkle@usdoj.gov

NOTICE OF APPEAL – p. 2
2:25-MC-00041-JHC

United States Department of Justice
Enforcement & Affirmative Litigation
Branch
P.O. Box 386
Washington, DC 20044

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2026, I served the foregoing via electronic mail pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure upon counsel of record.

Dated this 19th day of June, 2026.

/s/ Patrick R. Runkle
PATRICK R. RUNKLE

NOTICE OF APPEAL – p. 3
2:25-MC-00041-JHC

United States Department of Justice
Enforcement & Affirmative Litigation
Branch
P.O. Box 386
Washington, DC 20044