UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 31 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SEATTLE CHILDREN'S HOSPITAL, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> DOJ - UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendant - Appellant. | No. 26-4009 <br><br> D.C. No. 2:25-mc-00041-JHC <br> Western District of Washington, Seattle <br><br> ORDER |

The Clerk is directed to temporarily close this court's docket for administrative purposes until October 30, 2026. This administrative closure is not a decision on the merits and no mandate will issue in connection with this order.

At any time, any party may request that this appeal be reopened.

On or before September 30, 2026, counsel are requested to contact the mediator (Jonathan_Westen@ca9.uscourts.gov) to report on the status of the case. Counsel are requested to include the Ninth Circuit case name and number in the subject line.

FOR THE COURT:

By: Jonathan Westen
Circuit Mediator